COOLEY LLP
HEIDI L. KEEFE (SBN 178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (SBN 193043)
(mweinstein@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:       (650) 857-0663

ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
JANNA K. FISCHER (*pro hac vice*)
(jfischer@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:      (720) 566-4000
Facsimile:       (720) 566-4099

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.<br><br>          Defendant. | Case No. 3:15-cv-4185-JSC<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS PURSUANT TO PATENT L.R. 2-1(A)** |

      Defendant Facebook, Inc. submits this Notice of Pendency of Other Actions Involving Same Patents pursuant to Patent L.R. 2-1(a) and respectfully requests reassignment of this case to Judge Yvonne Gonzalez Rogers.

      Under Patent Local Rule 2-1(a)(1), actions concerning the same patent that are filed by the same plaintiff within two years of each other are considered related. *Blue Spike, LLC v.*

*Gracenote, Inc.*, Case No. 15-cv-01494-YGR, is pending in this District before Judge Gonzalez Rogers. It was filed by the same plaintiff, Blue Spike, LLC, and concerns the same five patents that are at issue in the action against Facebook. *See* Patent L.R. 2-1(a)(1). Moreover, the actions were filed within two years of each other. Blue Spike filed the *Gracenote* case on July 7, 2014. Five-and-a-half months later, Blue Spike filed this case against Facebook on December 22, 2014, in the Eastern District of Texas. This case was recently transferred to the Northern District of California on September 15, 2015. *Blue Spike, LLC v. Facebook, Inc.*, Case No. 3:15-cv-4185-JSC. Under Patent L.R. 2-1(a)(3), this case (which has the higher docket number) should be assigned to Judge Gonzalez Rogers who presides over the *Gracenote* case (which has the lower docket number).

Additionally, Blue Spike has another case pending in this district against Google, Inc. The *Google* case is also currently assigned to Judge Gonzalez Rogers. It involves the same five patents that are also at issue in Blue Spike's case against Facebook. The *Google* case was originally filed on August 22, 2012 in the Eastern District of Texas. It was then transferred to the Northern District of California on April 10, 2014. *Blue Spike, LLC v. Google, Inc.*, Case No. 14-cv-01650-YGR. Although the *Google* case was filed more than two years before Blue Spike filed its currently operative complaint against Facebook, Case No. 6:14-cv-987 (E.D. Tex.), the *Google* case concerns issues of validity and claim interpretation that will be overlapping with those litigated in this lawsuit. Moreover, the *Google* case was filed within days of Blue Spike's original lawsuit against Facebook, which was filed on August 27, 2012, in the Eastern District of Texas, Case No. 6:12-cv-576. The Texas court recommended dismissing Blue Spike's originally filed complaint against Facebook for improper joinder on December 22, 2014. Blue Spike filed the current lawsuit on December 22, 2014 to correct the pleading deficiencies that resulted in the dismissal of its original lawsuit against Facebook.[1]

---

[1] The case against *Google* would also be considered related to this case under the requirements of Civil Local Rule 3-12 because it concerns the same plaintiff, Blue Spike, LLC. Additionally, both cases concern the same property—namely, the same five Blue Spike patents asserted in both cases. *See* Civil L.R. 3-12(a). Given the common issues of patent validity and claim interpretation that are likely to be overlapping in the cases, having the cases proceed before

The *Gracenote* and *Google* cases involve the same patents and plaintiff and both lawsuits are pending before Judge Gonzalez Rogers. The *Gracenote* case meets all the requirements of Patent L.R. 2-1(a)(1). The *Google* case also satisfies all of the requirements of Patent L.R. 2-1(a)(1) except for the "filed within two years" requirement, and that element also would be met but for the fact that Blue Spike filed a new lawsuit against Facebook to correct pleading deficiencies that resulted in the dismissal of its original lawsuit against Facebook.

In light of the fact that Judge Gonzalez Rogers is presently adjudicating both the *Gracenote* and *Google* cases, which involve the same five patents and plaintiff as in this lawsuit, Facebook respectfully requests reassignment of this case to Judge Gonzalez Rogers.

Dated:   September 16, 2015              COOLEY LLP

/s/ Orion Armon
Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:    (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com

Orion Armon (*pro hac vice*)
Janna K. Fischer (*pro hac vice*)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021
Tel:   (720) 566-4000
Fax:   (720) 566-4099
oarmon@cooley.com
jfischer@cooley.com

*Attorneys For Defendant
Facebook, Inc.*

121487907 v5

different judges would likely result in "an unduly burdensome duplication of labor and expense or conflicting results."  *Id.*

Case No. 3:15-cv-4185-JSC              3.              **NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENTS**